# United States District Court

EASTERN DISTRICT OF WISCONSIN

DAVID W. PENDER,

       Petitioner,

       **JUDGMENT IN A CIVIL CASE**

  v.

       Case No. 08-C-518

ATTORNEY GENERAL
J.B. VANHOLLEN,

       Respondent.

---

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Pender's petition is hereby dismissed because he failed to provide the requisite signature, and because it appears from the face of the petition and its exhibits that he is not entitled to relief.

       Approved:  s/ William C. Griesbach
                            WILLIAM C. GRIESBACH
                            United States District Judge

Dated: July 14, 2008.

                                      JON W. SANFILIPPO
                                      Clerk of Court

                                      s/ Mary E. Conard
                                      (By) Deputy Clerk